Gerald D. **FULLER**, Plaintiff—Appellant,

v.

Warden Kathleen **GREEN**, Defendant—Appellee,

and

**Attorney General, Party-in-Interest Below.**

No. 11–7368.

United States Court of Appeals, Fourth Circuit.

Submitted: April 30, 2012.

Decided: June 5, 2012.

Gerald D. Fuller, Appellant Pro Se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald D. Fuller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fuller v.*

*Green,* No. 1:11–cv–01751–WMN, 2011 WL 4047569 (D.Md. Sept. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*